United States District Court
District of Connecticut
FILED AT   HARTFORD
Sep. 22      20 23
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:23CR 161 (AWT) |
| v. | VIOLATIONS: |
| BRANNON WINSTON | 18 U.S.C. §§ 922(n) and 924(a)(1)(D) (Receipt of a Firearm by a Person Under Indictment) |
| | 18 U.S.C. § 3147(1) (Commission of a Felony Offense While on Release) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Receipt of a Firearm by a Person Under Indictment)

1.    On or about December 21, 2022, in the District of Connecticut, the defendant BRANNON WINSTON, who was then knowingly under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Engaging in the Business of Dealing Firearms without a License, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Travel for the Purposes of Unlicensed Dealing, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(n), filed on or about March 16, 2022 in *United States v. Winston*, No. 03:22CR52 (AWT), in the United States District Court for the District of Connecticut, did willfully receive a firearm, that is, a Glock, Model 31 Gen 4, .357 caliber pistol, bearing serial number BUGC180, which had been shipped and transported in interstate and foreign commerce, and at the time of commission of this offense, the defendant was on release pursuant

1

to the Bail Reform Act, Title 18, United States Code, Section 3141, *et seq.*, for pending federal felony criminal charges pursuant to an order of the United States District Court for the District of Connecticut filed on or about March 29, 2022 in *United States v. Winston*, No. 3:22CR52 (AWT), which order notified the defendant of the potential effect of committing an offense while on pretrial release.

In violation of Title 18, United States Code, Sections 922(n), 924(a)(1)(D), and 3147(1).

## FORFEITURE ALLEGATION
(Firearm Offense)

2.  Upon conviction of a willful violation of the firearm offense alleged in Count One of this Information, the defendant BRANNON WINSTON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to a Glock, Model 31 Gen 4, .357 caliber pistol, bearing serial number BUGC180, and all associated ammunition, which were seized on or about December 21, 2022 in Bridgeport, Connecticut.

All in accordance with Title 18, United States Code, Section 924; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Rahul Kale*
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY